April 25, 1980

427 A.2d 1222

Commonwealth v. Barsky, Appellant.

 Submitted June 29, 1979. Irwin Lee Gross,
for appellant; Eric B. Henson, Assistant District Attorney,
for Commonwealth, appellee.

Before CERCONE, P.J., and WIEAND and LOUIK, JJ.*

Judgment of sentence affirmed.

* Justice SAMUEL J. ROBERTS of the Supreme Court of Pennsylvania
 is sitting by designation.

* Judge Donald E. Wieand is sitting by special designation. Judge
 Maurice Louik of the Court of Common Pleas of Allegheny County,
 Pennsylvania, is sitting by designation.